IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

UNITED STATES OF AMERICA                                                          PLAINTIFF

VS.                                    CASE NO. 11-cr-40009

REBECCA MILLER                                                                    DEFENDANT

### ORDER

Before the Court is the Report and Recommendation filed April 28th, 2014, by the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas. (ECF No. 133). Judge Bryant recommends that Defendant's Motion to Vacate, Set Aside, or Correct Sentence Pursuant to 28 U.S.C. § 2255 be denied and dismissed and further recommends that an appeal from dismissal would not be taken in good faith. The parties have not filed objections to the Report and Recommendation, and the time to object has passed. *See* 28 U.S.C. § 636(b)(1). Therefore, the Court adopts the Report and Recommendation *in toto*. Defendant's Motion is **DENIED**, and the Court finds that an appeal from dismissal would not be taken in good faith.

**IT IS SO ORDERED**, this 17th day of June, 2014.

/s/ Harry F. Barnes
Harry F. Barnes
United States District Judge