IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

UNITED STATES OF AMERICA                                                                PLAINTIFF

v.                                    Case No. 4:11-cr-40009-002

REBECCA MILLER                                                                         DEFENDANT

## **ORDER**

Before the Court is Defendant Rebecca Miller's Motion for Early Termination of Supervised Release. (ECF No. 176). The government responded. (ECF No. 177). The Court finds the matter ripe for consideration.

On December 1, 2011, Defendant was sentenced to 188 months of imprisonment, followed by 4 years of supervised release. Defendant was released from the Bureau of Prisons on March 1, 2019, at which time she began serving her term of supervised release in the Western District of Louisiana, Shreveport Division. Defendant's term of supervised release is scheduled to end on February 28, 2023.

On March 17, 2022, Defendant filed the instant motion, seeking early termination of her supervised release, of which she has served 39 of the imposed 48 months. The government responded and does not oppose the motion.

A district court may terminate supervised release "if it is satisfied that such action is warranted by conduct of the defendant released and the interest of justice." 18 U.S.C. § 3583(e)(1). In making its determination, the Court must consider the factors set forth under 18 U.S.C. § 3553(a), to the extent they are applicable. Section 3553(a) factors include, among others, the nature and circumstances of the offense, the history and characteristics of the defendant, and the need to provide the defendant with correctional treatment in the most efficient manner.

The Court finds that, after consideration of the above-referenced factors, the instant motion (ECF No. 176) should be and hereby is **GRANTED** based upon Defendant's conduct and the interests of justice. Defendant's term of supervised release is hereby terminated.

**IT IS SO ORDERED**, this 3$^{1st}$ day of March, 2022.

/s/ Susan O. Hickey
Susan O. Hickey
Chief United States District Judge
